472 A.2d 246

Commonwealth v. Goolsby, Appellant.

Argued October 20, 1983. John P. Cotter, for appellant; Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.